

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of P.M.W. and J.A.J., Children

No. 06-17-00094-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 82557). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court regarding Mother's possession of and access to Polly and remand this matter for further proceedings in accordance with our opinion. We affirm the trial court's order in all other respects.

We further order that the payment of costs is waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2017).

RENDERED AUGUST 15, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk